UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60476-CIV-DIMITROULEAS

STEVEN SAUL, individually
and on behalf of all others similarly
situated,

    Plaintiffs,

vs.

SIDELINE MARKETING, INC., d/b/a
BLOWOUTPICKS.COM,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal [DE 11] (the "Notice"), filed herein on April 17, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 11] is hereby **APPROVED**;

2. This case is hereby dismissed without prejudice.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 17th day of April, 2019.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record